# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHANE T. PIERCE, | ) |
| Movant, | ) |
| v. | ) No. 4:15CV1441 AGF |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside or correct illegal sentence pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED as TIME-BARRED**. Rule 4 of the Rules Governing § 2255 Proceedings.

**IT IS FURTHER ORDERED** that movant's request for relief under the 2014 Drug Amendments to the Sentencing Guidelines, also known as "drugs minus two amendments," or Amendment 782 is **DENIED and DISMISSED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability. 28 U.S.C. § 2253.

Dated this 26th day of October, 2015.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE